UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,

      Plaintiff,                        Case No. 1:22–cv–87

  v.                                  Hon. Hala Y. Jarbou

HAIER AMERICA COMPANY, LLC, et al.,

      Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE
## AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above-captioned case was electronically filed in this court on January 31, 2022 .   The case has been assigned to Hala Y. Jarbou .
      The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1.  Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

                                                  CLERK OF COURT

Dated:  February 1, 2022        By:   /s/ E. Siskind_____
                                          Deputy Clerk