# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF MICHIGAN
_____

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN, as subrogee of
Bobbie Hardin,

    Plaintiff,

v

HAIER AMERICA COMPANY, L.L.C., and
HAIER (DALIAN) REFRIGERATOR CO. LTD.,
WANBAO GROUP COMPRESSOR CO., LTD.,
GUANGZHOU SENBAO ELECTRONICAL APPLIANCE CO.,
JOHN DOES 1-5,

    Defendants.

Case No. 1:22-cv-00087

Hon. Hala Y. Jarbou

| Andy J. VanBronkhorst (P72095) | Andre Y. Bates |
|---|---|
| HEWSON & VAN HELLEMONT, P.C. | DEHENG LAW OFFICES |
| *Attorneys for Farm Bureau* | *Attorneys for Defendant Guangzhou Senbao Electrical* |
| 625 Kenmoor Ave. S.E., Ste. 304 | 7901 Stoneridge Dr., #208 |
| Grand Rapids, MI  49546 | Pleasanton, CA 94588 |
| (616) 949-5700 / (616) 949-5704 - Fax | (925) 399-5856 / (925) 397-1976 - Fax |
| ajv@vanhewpc.com | aybates@dehengsv.com |

### STIPULATED ORDER TO WITHDRAW MOTION FOR ENTRY OF DEFAULT, ACCEPTANCE OF SERVICE AND 45 DAYS TO RESPOND AS TO DEFENDANT GUANGZHOU SENBAO ELECTRICAL APPLIANCE CO.

**PLEASE TAKE NOTICE** that the undersigned attorneys hereby stipulate and agree that Andre Y. Bates of DeHeng Law offices, will accept service of process on behalf of Defendant Guangzhou Senbao Electrical Appliance Co. only (hereafter "Defendant").

The parties further stipulate and agree that Plaintiff hereby withdraws its Motion for Entry of Default and Default Judgment only against Defendant [ECF 30] as to this Defendant ONLY and that Defendant shall have forty-five (45) days from the date of entry of this Stipulated Order to answer and otherwise respond to Plaintiff's Complaint.

It is further stipulated between the parties that upon signing of this stipulation, Defendant is not waiving any defenses to the Complaint that it may otherwise assert.

**IT IS SO ORDERED.**

*This is not a Final Order and does not resolve the last pending claim and does not close this case.*

Dated: December 22, 2022

\_\_/s/ Hala Y. Jarbou_____
HALA Y. JARBOU
Chief United States District Judge

**Approved for Entry:**

_____ 12.22.22 _____

Andy J. VanBronkhorst (P72095)
HEWSON & VAN HELLEMONT, P.C.
*Attorneys for Farm Bureau*

_____ w/ permission by P72095
12.22.22
Andre Y. Bates
DEHENG LAW OFFICES
*Defendant Guangzhou Senbao Electrical*