# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF MICHIGAN
_____

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN, as subrogee of
Bobbie Hardin,

      Plaintiff,                                     Case No. 1:22-cv-00087

v                                                               Hon. Hala Y. Jarbou

HAIER AMERICA COMPANY, L.L.C., and
HAIER (DALIAN) REFRIGERATOR CO. LTD.,
WANBAO GROUP COMPRESSOR CO., LTD.,
GUANGZHOU SENBAO ELECTRONICAL APPLIANCE CO.,
JOHN DOES 1-5,

      Defendants.

| | |
|---|---|
| Andy J. VanBronkhorst (P72095) | Thomas G. Cardelli (P31728) |
| HEWSON & VAN HELLEMONT, P.C. | Anthony Caffrey, III (P60531) |
| *Attorneys for Farm Bureau* | CARDELLI LANFEAR, P.C. |
| 625 Kenmoor Ave. S.E., Ste. 304 | *Attorneys for Defendant Haier America* |
| Grand Rapids, MI  49546 | *And Haier (Dalian) Refrigerator* |
| (616) 949-5700 / (616) 949-5704 - Fax | 322 W. Lincoln Ave. |
| ajv@vanhewpc.com | Royal Oak, MI 48067 |
| | (248) 544-1100 / (248) 544-1191 - Fax |
| | tcardelli@cardellilaw.com |
| | acaffrey@cardellilaw.com |

{DocNo. 04304841 }

Gregory M. Meihn (P38939)
GORDON REES SCULLY MANSUKANI
*Attorneys for Wanbao Group*
*Compressor Only*
37000 Woodward Ave., Ste. 225
Bloomfield Hills, MI 48304
(313) 426-9815 / (313) 406-7373 Fax
gmeihn@grsm.com

Andre Y. Bates
DEHENG LAW OFFICES
*Attorneys for Defendant Guangzhou*
*Senbao Electrical*
7901 Stoneridge Dr., #208
Pleasanton, CA 94588
(925) 399-5856 / (925) 397-1976 - Fax
aybates@dehengsv.com

Miguel A. Lozada Jr.
GORDON REES SCULLY MANSUKHANI
*Attorneys for Wanbao Group*
*Compressor Only*
*Pro Hac Vice Application Forthcoming*
1 Battery Park Plaza, 28th Fl.
New York, NY  10004
(212) 453-0757
mlozada@grsmc.com

## STIPULATED ORDER SETTING ASIDE CASE MANAGEMENT ORDER

This Court entered its case management order September 19, 2022. ECF No. 29, PageID.244. At that time, however, only one of the defendants had been served with the summons and complaint. Three of the defendants were Chinese corporations, and service upon them took several months; service was not accomplished until months after the case management order was entered.

Now the three named Chinese corporate defendants have accepted service, although only two (Haier (Dalian) Refrigerator Co., Ltd. and Wanbao Group Compressor Co.) have filed responsive pleadings. The third Chinese corporate defendant, Guangzhou Senbao Electrical Appliance Co. has accepted service, and the court entered an order granting it until February 6, 2023 to file its responsive

pleadings. Because the Chinese corporate defendants had not been served or filed responsive pleadings until relatively recently (and months after the case management order was entered), the parties agree that the case management order should be set aside and the Court should hold a new status conference at which time a revised case management order can be entered.

**NOW THEREFORE,** the Case Management Order [ECF No. 29] entered on September 14, 2022 is set aside. The Court shall hold a status conference, and following that conference, enter a new case management order.

**IT IS SO ORDERED.**

*This is not a Final Order and does not resolve the last pending claim and does not close this case.*

Dated: _____          _____
                                  HON. HALA Y. JARBOU
                                  U.S. DISTRICT COURT JUDGE

**Approved for Entry:**

w/ permission by P72095

_____

Andy J. VanBronkhorst (P72095)
HEWSON & VAN HELLEMONT, P.C.
*Attorneys for Farm Bureau*

_____

Thomas G. Cardelli (P31728)
Anthony Caffrey, III (P60531)
CARDELLI LANFEAR, P.C.
*Attorneys for Defendant Haier America*
*And Haier (Dalian) Refrigerator*

w/ permission by P72095

_____

Gregory M. Meihn (P38939)
GORDON REES SCULLY MANSUKANI
*Attorneys for Wanbao Group*
*Compressor Only*

w/ permission by P72095

_____

Andre Y. Bates
DEHENG LAW OFFICES
*Attorneys for Defendant Guangzhou*
*Senbao Electrical*

w/ permission by P72095

_____

Miguel A. Lozada Jr.
GORDON REES SCULLY MANSUKHANI
*Attorneys for Wanbao Group*
*Compressor Only*
*Pro Hac Vice Application Forthcoming*

{DocNo. 04304841 }                    4